FRANKLIN | SOTO LLP
Joshua D. Franklin (SBN 264536)
josh@franklinsoto.law
Cheryl Dunn Soto (SBN 250892)
cheryl@franklinsoto.law
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520
Fax: 619.566.0221

*Attorneys for Plaintiff 661970 Ontario Inc.
d/b/a Servco Solid Surfaces*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| 661970 ONTARIO INC. d/b/a SERVCO SOLID SURFACES,<br><br>Plaintiff,<br><br>v.<br><br>RPP PRODUCTS, INC.,<br><br>Defendant. | Case No: 5:21-CV-00802-JWH (SHKx)<br><br>**PLAINTIFF'S AMENDED APPLICATION FOR DEFAULT JUDGMENT BY COURT**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Declaration of Robert Smith; Declaration of Joshua D. Franklin]<br><br>Judge: Hon. John W. Holcomb<br>Courtroom: 2<br>Date: September 24, 2021<br>Time: 9:00 a.m. |

TO DEFENDANT AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, September 24, 2021, at 9:00 a.m., or as soon thereafter as may be heard by the above-entitled Court, located at Courtroom 2 of the George E. Brown, Jr. Federal Building and United States

Courthouse, 3470 12th Street, Riverside, CA 92501, Plaintiff 661970 Ontario Inc. d/b/a Servco Solid Surfaces ("Plaintiff" or "Servco") will present its application for default judgment against Defendant RPP Products, Inc. ("RPP").

At the time and place of the hearing, Plaintiff will present proof of the following matters:

1. RPP is a California corporation and, therefore, is not a minor or incompetent person, or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940. (*See* Declaration of Joshua D. Franklin ("Franklin Decl."), ¶ 4.)

2. RPP has not appeared in this action. (*See* Franklin Decl., ¶ 2 & ECF #13.)

3. Notice of Plaintiff's original application for default judgment by court was served on RPP on July 12, 2021, and Plaintiff's amended application for default judgment was served on RPP on August 25, 2021 by U.S. Priority Mail, as required by Local Rule 55-1. (*See* Franklin Decl., ¶ 5.)

4. Plaintiff Servco is entitled to judgment against RPP on account of the claims pleaded in Servco's complaint, to wit: Breach of Contract

5. The amount of judgment sought is the sum of **$147,245.42**, which is comprised of (1) the total outstanding and unpaid balance of $140,309.49 owed to Plaintiff, as set forth in the accompanying declaration of Robert Smith ("Smith Decl."); (2) $6,406.18 in attorney's fees, as set forth in the accompanying declaration of Joshua D. Franklin and pursuant to Local Rule 55-3; and (3) $529.75 in costs incurred in bring this action. (*See* Smith Decl., ¶¶ 4-8; Franklin Decl., ¶¶ 7-8.)

//
//
//
//

PLAINTIFF'S AMENDED APPLICATION FOR DEFAULT JUDGMENT BY COURT
CASE NO: 5:21-cv-00802-JWH (SHKX)
-2-

1  This Application is based on this Notice, the accompanying Memorandum of
2  Points and Authorities, the declarations of Robert Smith and Joshua D. Franklin, and
3  the pleadings, files and other matters that may be presented at the hearing.

Dated: August 26, 2021                    Respectfully submitted,

                                          FRANKLIN | SOTO LLP

                                          */s/ Joshua D. Franklin*
                                          Joshua D. Franklin
                                          Email: josh@franklinsoto.law
                                          Cheryl Dunn Soto
                                          Email: cheryl@franklinsoto.law

                                          *Attorneys for Plaintiff 661970 Ontario Inc.*
                                          *d/b/a Servco Solid Surfaces*