JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 661970 ONTARIO INC. d/b/a SERVCO SOLID SURFACES,<br><br>Plaintiff,<br><br>v.<br><br>RPP PRODUCTS, INC.,<br><br>Defendant. | Case No. 5:21-cv-00802-JWH-SHKx<br><br>**DEFAULT JUDGMENT** |

In accordance with the Order Granting Plaintiff's Application for Default Judgment entered concurrently herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered as follows:

1. This Court has personal jurisdiction over the parties and has subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a)(2).

2. Judgment is entered in **FAVOR** of Plaintiff 661970 Ontario Inc. d/b/a Servco Solid Surfaces and **AGAINST** Defendant RPP Products, Inc. in the amount of $147,245.42.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 2, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE